IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CYRIL L. NIELSON, SR.,  )
         )
        Plaintiff,  )
         )
v.  )
         ) CIVIL NO. 2006/0028
KMART CORPORATION,  )
         )
        Defendant.  )
         )
_____ )

## JUDGMENT

THIS MATTER came before the Court with a jury trial concluding on December 20, 2007. Plaintiff, Cyril L. Nielson, was represented by Vincent Colianni II and Wilfredo A. Geigel, Esq., appeared on behalf of Defendant, Kmart Corporation. A jury verdict in the amount of $20,000.00 was entered in favor of Plaintiff for pain and suffering he sustained due to a slip and fall on Defendant's premises.

WHEREFORE, judgment shall be entered in favor of Plaintiff in the amount of **$20,000.00**.

**ENTERED this 8th day of February, 2008.**

                                                    /s/
                                   **HONORABLE RAYMOND L. FINCH**
                                   **U.S. DISTRICT JUDGE**